UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) |   3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Kathleen T. Scimeca v. Bayer Corp., et al.*       No. 3:11-cv-10950-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 22, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
      **Deputy Clerk**

**Dated:**  January 23, 2014

Digitally signed by David R. Herndon
Date: 2014.01.23 17:22:06 -06'00'

APPROVED:
           CHIEF JUDGE
           U. S. DISTRICT COURT